UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNA CLEMENTS,

    Plaintiff,

v.                                                                                         Case No: 8:17-cv-316-T-36MAP

RICKIE JACE and STEVAN FIGUEROA,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on April 10, 2017 (Doc. 11). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Court grant Defendants' motion to quash (doc. 10), quash Plaintiff's service of process, and give Plaintiff an opportunity to perfect service of process on Defendants. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Plaintiff filed a Notice of Acceptance of Magistrate Judge Mark A. Pizzo's Report and Recommendation Concerning Defendants' Motion to Quash Service (Doc. 13).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendants' Verified Motion to Quash Alleged Service of Process and Incorporated Memorandum of Law (Doc. 10) is **GRANTED**.

(3) Plaintiff's purported service of process on Defendants through the Florida Secretary of State is quashed.

(4) Plaintiff shall have up to and including May 22, 2017 to effect service on the Defendants in accordance with Rule 4, Federal Rules of Civil Procedure. Failure to effect service may result in dismissal of this case as to said Defendant(s) without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on April 21, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record