UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEANNA CLEMENTS,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No: 8:17-cv-316-T-36MAP

RICKIE JACE and STEVAN FIGUEROA,

　　Defendants.
_____/

**O R D E R**

　　This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on January 22, 2018 (Doc. 41). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Court grant Defendants' Motion to Dismiss Due to Plaintiff's Failure to Perfect Service of Process Pursuant to Court Orders (Doc. 32) pursuant to Rule 41(b), Fed. R. Civ. P., without prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

　　Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)　The Report and Recommendation of the Magistrate Judge (Doc. 41) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)　Defendants' Motion to Dismiss Due to Plaintiff's Failure to Perfect Service of Process Pursuant to Court Orders [Doc. 23] [Doc. 28] (Doc. 32) is GRANTED.

(3) This case is dismissed, without prejudice, due to Plaintiff's failure to perfect service of process.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on February 7, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record